# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VICTOR CHARLES DONALD, SR.  PLAINTIFF
ADC #099909

v.  NO. 4:10CV01449 JLH-JJV

BRENNA WILLIS, Parole and Probation
Officer, Faulkner County  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 11th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE